JACOB A. MITTNACHT, JR., Respondent, v. WULELEMI CAMPS, INC., Appellant.— Order denying motion to vacate service of summons affirmed, with ten dollars costs and disbursements, with leave to answer within ten days from the entry of the order herein. Appeal from order denying motion for reargument dismissed. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

NORTH RIVER MORTGAGE COMPANY, Respondent, v. FRANK RODGERS and Others, Defendants, and GABRIEL L. KAPLAN and Another, Appellants.— Order striking out the answer of the appealing defendants and granting summary judgment as to them and order denying said defendants' motion for a change of venue from Westchester county to New York county affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

JOHN OKULSKI, Respondent, v. THOMAS MATTHEWS, Appellant.— Judgment in an action for damages for injuries arising out of an automobile collision unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LORENZO ROCCO, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, affirmed. No opinion. Lazansky, P. J., Scudder and Davis, JJ., concur; Kapper and Hagarty, JJ., dissent.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT S. MCEWAN, Respondent, v. DOROTHY MCEWAN, Appellant.— Order sustaining writ of habeas corpus and awarding the custody of the infant to the relator affirmed, without costs. The appellant did not ask for the right of visitation at Special Term. She, nevertheless, should have it accorded to her. If the parties do not agree upon reasonable times when she may have visitation, if she desires it, the mother should make application at Special Term for a modification of the order granting custody so as to have the court fix times and places when she may exercise her right of visitation. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

EDWARD A. SCHMIDT, Respondent, v. MASSAPEQUA COMPANY, INC. (Formerly MASSAPEQUA HOLDING CORPORATION) and Others, Defendants, Impleaded with LEON M. PRINCE and SIDNEY J. LOEB, Copartners, and Others, Appellants.— Order denying motion to set aside the sale in a foreclosure action affirmed, with twenty dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

ALBERT WALLACE, Respondent, v. EDWARD R. TEEVAN, Doing Business as TEEVAN RIDING ACADEMY, Appellant.— Judgment in an action to recover damages for personal injuries sustained by plaintiff through the negligence of defendant, the owner of a riding academy, in renting plaintiff a vicious horse, and order denying motion to set aside the verdict and for a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.